UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**TERESA OVERSTREET**                              **CIVIL DOCKET NO. 3:22-CV-03814**

**VERSUS**                                        **JUDGE DAVID C. JOSEPH**

**STATE FARM PROPERTY**                           **MAGISTRATE JUDGE**
**& CASUALTY COMPANY,**                           **KATHLEEN KAY**
**ET AL**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED that Plaintiff's VOLUNTARY MOTION TO DISMISS [Doc. 16] be GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 27TH day of June, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE